IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

David Perry,

    Petitioner,                 No. 2:08-cv-02771-MDS

  vs.                            <u>ORDER</u>

Edmund G. Brown, Jr.,

    Respondent.

_____/

    IT IS HEREBY ORDERED that the Petitioner's letter to the court (which the court construes as a motion for early release) is dismissed for lack of jurisdiction. The petition for habeas corpus was denied on May 13, 2009, and the case is no longer before this court. Issues of credits and time served should be referred to Solano County, and handled under state law.

DATED: June 15, 2009

                                         /s/ Milan D. Smith, Jr.
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation